**DISMISS and Opinion Filed December 21, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01206-CR

**JOSEPH KYLE NEWMAN, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F18-30564-L**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Whitehill
Opinion by Justice Bridges

The Court has before it appellant's December 19, 2018 motion to withdraw the appeal,

signed by appellant and his appointed counsel. We grant the motion. *See* TEX. R. APP. P. 42.2(a).

We dismiss this appeal.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
181206F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JOSEPH KYLE NEWMAN, Appellant

No. 05-18-01206-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 5, Dallas County, Texas
Trial Court Cause No. F18-30564-L.
Opinion delivered by Justice Bridges.
Justices Brown and Whitehill participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered December 21, 2018

–2–